COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Dwayne Rayshaun Wilson v. Sterling Shire Apartments

Appellate case number:      01-17-00785-CV

Trial court case number:    1098747

Trial court:                County Civil Court at Law No. 4 of Harris County

Appellant, Dwayne Rayshaun Wilson, has filed a notice of appeal of the trial court's final judgment signed on October 10, 2017. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court proceedings. *See* TEX. R. CIV. P. 145(a), (b), (d); *see also* TEX. R. CIV. P. 502.3. The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's statement of inability was filed. *See* TEX. R. CIV. P. 145(f), 502.3(d). **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

The reporter's record remains due to be filed in this appeal by October 20, 2016. *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.1.

Judge's signature:  /s/ Russell Lloyd
                     ☒  Acting individually

Date:  October 19, 2017